UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") AND DEREK SHAMUS MEHAFFEY (A/K/A "OTHER"), <br>         Plaintiffs, <br> v. <br><br> VOLTAGE PICTURES, LLC, THE ZANUCK CO. D/B/A ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, DAVID WARREN, TERENCE VANCE GILLIAM, AND JOHN DOES 1-10, <br>         Defendants. | Case No. 1:14-cv-06206 - RWG |

## DECLARATION OF KENNETH K. SUH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER

**FOLEY & LARDNER LLP**
Jami A. Gekas
Kenneth K. Suh
Diego Fernandez (*Of Counsel*)
321 N. Clark, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700

Diego R. Figueroa Rodriguez (*Of Counsel*)
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Phone: (305) 482-8400
Fax: (305) 482-8600

*Attorneys for Plaintiffs*

4816-6774-5312.1

I, Kenneth K. Suh, do hereby declare as follows:

1. I am an associate at the law firm of Foley & Lardner LLP, attorneys of record in this action for FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") and DEREK SHAMUS MEHAFFEY (A/K/A "OTHER") (collectively, "**Plaintiffs**"), and a member of the General Bar of the Northern District of Illinois, the State Bar of Texas, and the State Bar of California. I submit this declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently as follows.

2. Attached hereto as Exhibit A is a true and correct copy of a LexisNexis Courtlink search report showing all cases in which Dallas Buyers Club, LLC is a named plaintiff in the Northern District of Illinois, as of November 13, 2014.

3. Attached hereto as Exhibit B is a true and correct copy of the LinkedIn profile for Dylan Marchetti, printed on November 12, 2014, from at the URL https://www.linkedin.com/profile/view?id=9116468&authToken=qu_Z&authType=NAME_SEARCH&srchinde%E2%80%A6=&srchid=409416681415819433345&locale=en_US.

4. Attached hereto as Exhibit C is a true and correct copy of a Hoovers Report for GoDigital, Inc., printed August 15, 2014.

5. Attached hereto as Exhibit D is a true and correct copy of airfare quotes from Expedia.com as of November 14, 2014.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2014                    By: /s/ Kenneth K. Suh
                                                 Kenneth K. Suh

4816-6774-5312.1