FOLEY & LARDNER LLP
Kimberly A. Klinsport, CA Bar No. 259018
555 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Tel. (213) 972-4500 / Fax (213) 486-0065
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") AND DEREK SHAMUS MEHAFFEY (A/K/A "OTHER") <br> Plaintiff(s), <br> v. <br> VOLTAGE PICTURES, LLC, THE ZANUCK CO. D/B/A ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, et al. <br> Defendant(s). | CASE NUMBER <br> 2:15-CV-00889-R-JEM <br><br> NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) MEDIAPRO PICTURES _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by PLAINTIFFS FASOLI, ROMERO, AND MEHAFFEY .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

May 18, 2015                    /s/ Kimberly A. Klinsport
*Date*                          *Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*