KIMBERLY A. KLINSPORT,
    kklinsport@foley.com
**Foley & Lardner LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

JAMI A. GEKAS (admitted *pro hac vice*)
    jgekas@foley.com
KENNETH K. SUH
    ksuh@foley.com
**Foley & Lardner LLP**
321 N. CLARK ST., SUITE 2800
CHICAGO, IL 60654
TELEPHONE:  312.832.5191
FACSIMILE:  812.832.4700

Attorneys for Plaintiffs FRANCO FASOLI (a/k/a "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (a/d/a "EVER") and DEREK SHAMUS MEHAFFEY (a/k/a "OTHER")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCO FASOLI (a/k/a "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (a/d/a "EVER") and DEREK SHAMUS MEHAFFEY (a/k/a "OTHER"), <br><br>                    Plaintiffs, <br><br>     vs. <br><br> VOLTAGE PICTURES, LLC, THE ZANUCK CO. d/b/a ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, DAVID WARREN, TERENCE VANCE GILLIAM, and JOHN DOES 1-10, <br><br>                    Defendants. | Case No. 2:15-CV-00889-R-JEM <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANTS DAVID WARREN AND TERRENCE VANCE GILLIAM** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 16-15.7, plaintiffs FRANCO FASOLI (a/k/a "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (a/d/a "EVER") and DEREK SHAMUS MEHAFFEY (a/k/a "OTHER") ("Plaintiffs") and defendants DAVID WARREN and TERRENCE VANCE GILLIAM ("Defendants Warren and Gilliam") (collectively, the " Settling Parties") hereby give notice that the Settling Parties have settled all claims in the above-captioned matter. The Settling Parties are in the process of finalizing the settlement and Plaintiffs anticipate filing a dismissal with prejudice of Defendants Warren and Gilliam only within 15 days.

DATED: May 29, 2015

**FOLEY & LARDNER LLP**
JAMI A. GEKAS
KIMBERLY A. KLINSPORT

/s/ Kimberly A. Klinsport
Kimberly A. Klinsport
Attorneys for Plaintiffs FRANCO FASOLI (a/k/a "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (a/d/a "EVER") and DEREK SHAMUS MEHAFFEY (a/k/a "OTHER")

DATED: May 29, 2015

**KATTEN MUCHIN ROSENMAN LLP**
DAVID HALBERSTADTER

/s/ David Halberstadter
David Halberstadter
Attorneys for Defendants DAVID WARREN and TERRENCE VANCE GILLIAM