FOLEY & LARDNER LLP
Kimberly A. Klinsport, CA Bar No. 259018
555 S. Flower Street, Suite 3500, Los Angeles, CA 90071
kklinsport@foley.com
Tel. (213) 972-4500 / Fax (213) 486-0065
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") AND DEREK SHAMUS MEHAFFEY (A/K/A "OTHER")<br><br>Plaintiff(s),<br><br>v.<br><br>VOLTAGE PICTURES, LLC, THE ZANUCK CO. D/B/A ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-CV-00889-R-JEM<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) DAVID WARREN and TERRENCE VANCE GILLIAM _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by PLAINTIFFS FASOLI, ROMERO ESCALADA, AND MEHAFFEY _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


June 10, 2015 _____    /s/ Kimberly A. Klinsport _____
*Date*                                    *Signature of Attorney/Party*


NOTE:  **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**